■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAILESH SINGH, Appellant. [771 NYS2d 908]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Reichbach, J.), rendered September 9, 2002, convicting him of assault in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the People failed to timely turn over an audiotape of a pertinent 911 telephone call pursuant to Brady v Maryland (373 US 83 [1963]) is unpreserved for appellate review (see CPL 470.05 [2]). In any event, since the defendant knew of the evidence and its exculpatory nature well

in advance of trial (*see People v Doshi,* 93 NY2d 499 [1999]), it was not *Brady* material (*see People v Rodriguez,* 223 AD2d 605, 606 [1996]; *People v Banks,* 130 AD2d 498, 499 [1987]).

Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's remaining contentions either are unpreserved for appellate review or without merit. Prudenti, P.J., Altman, Luciano and Adams, JJ., concur.